IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TIFFANY GILLEYLEN                                                                         PLAINTIFF

V.                                                           CIVIL ACTION NO. 1:16-cv-94-SA-DAS

CITY OF TUPELO, MISSISSIPPI                                                          DEFENDANT

ORDER

For the reasons fully articulated in the Court's Memorandum Opinion issued this day, Defendant's Motion for Summary Judgment is DENIED.

SO ORDERED this the 13th day of September, 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE